DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney,
Eastern District of California
*Of Counsel*

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **COMPLAINT TO REDUCE TAX ASSESSMENTS TO JUDGMENT** |
| v. | |
| Mary Jo Meirinho, a/k/a Mary Miranda, | |
| Defendant. | |

The United States of America, by and through its undersigned counsel, complains and alleges as follows:

**INTRODUCTION**

1. The United States brings this civil action to reduce to judgment certain outstanding federal tax assessments against Defendant Mary Jo Meirinho, also known as Mary Miranda ("Mrs. Meirinho").

**JURISDICTION AND VENUE**

2. This action is authorized by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, and is brought at the direction of the Attorney General of the United States, in accordance with 26 U.S.C. § 7401.

Complaint to Reduce Tax
Assessments to Judgment          1

3.     This Court has jurisdiction over this action under 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

4.     Because Mrs. Meirinho resides in this judicial district and the federal tax liabilities that are the subject of this action arose in this district, venue lies in the Eastern District of California under 28 U.S.C. §§ 1391(b) and 1396.

## DEFENDANT

5.     Mrs. Meirinho is named as a Defendant in this action because she has unpaid federal tax liabilities.

## FEDERAL TAX LIABILITIES

6.     On the date and in the amount described in the table below, a duly authorized delegate of the Secretary of the Treasury of the United States made a timely assessment against Mrs. Meirinho for federal income tax liabilities as follows:

| Tax | Period | Assessment Date | Assessed Amount | Outstanding Balance[1] as of April 29, 2022 |
|---|---|---|---|---|
| 1040 | 2008 | 5/7/2012 | $931,859.00 | $1,972,269.46 |

7.     A duly authorized delegate of the Secretary of the Treasury of the United States gave timely notice of the assessment described in paragraph 6, above, to Mrs. Meirinho, and made a demand for payment of this assessment on her, as required by 26 U.S.C. § 6303.

8.     Despite timely notice and demand for payment of the assessment described in paragraph 6, above, Mrs. Meirinho has neglected, refused, or failed to fully pay this assessment.

9.     Since the date of the assessment described in paragraph 6, above, interest, penalties, and other statutory additions have accrued and will continue to accrue as provided by law.  Mrs. Meirinho owes the United States $1,972,269.46 for the assessment made against her described in paragraph 6, above, plus statutory additions which will continue to accrue from April 29, 2022.

---

[1] This outstanding balance includes accrued interest, penalties, and other statutory additions through April 29, 2022.

Complaint to Reduce Tax
Assessments to Judgment                 2

**CLAIM FOR RELIEF:**
**REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT**

10. The United States reasserts the allegations made in paragraphs 1 through 9, above, as if fully set forth here.

11. The United States is entitled to a judgment against Mrs. Meirinho for the unpaid balance of the assessment for the 2008 tax year, which as of April 29, 2022, totaled $1,972,269.46, plus statutory interest, penalties, and other statutory additions accruing to the date of payment.

WHEREFORE, the United States respectfully requests that the Court grant the following relief:

A. That this Court enter judgment in favor of the United States and against Mrs. Meirinho for unpaid federal income taxes for the 2008 tax year in the amount of $1,972,269.46, plus statutory interest, penalties, and other statutory additions accruing after April 29, 2022; and

B. That this Court grant the United States its costs in this action and such other further relief as the Court deems just and proper.

Dated: April 29, 2022.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Christian Mejia
CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice

PHILLIP A. TALBERT
U.S. Attorney, E.D. Cal.
*Of Counsel*

*Attorney for the United States*